IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:93CR103 |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS ERNESTO CAMPOS-TIRADO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion (Filing No. 21) for dismissal of the report to the court for offender under supervision (Filing No. 16). Inasmuch as defendant is deceased, the Court finds said motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; this action is dismissed.

DATED this 1st day of November, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court